# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bluebond, Sheri A. | Central District of California | 3/26/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

255 E. Temple Street
Suite 1534
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Los Angeles Bankruptcy Forum |
| 2. Trustee | Trust No. 1 |
| 3. Member, Board of Governors | American College of Bankruptcy Foundation |
| 4. Member, Board of Governors | National Conference of Bankruptcy Judges |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/26/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | GlassRatner Advisory & Capital Group LLC -- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 03/14 to 03/16/2019 | Coronado, CA | Attendance at Annual Conference | Hotel, Parking, Meals, Local Transportation |
| 2. | California Bankruptcy Forum Conference | 05/17 to 05/19/2019 | Rancho Mirage, CA | Speaker at Annual Conference | Hotel, Meals, Tuition |
| 3. | National Conference of Bankruptcy Judges | 10/29 to 11/02/2019 | Washington, DC | Attendance at Annual Meeting and Conference | Hotel, Airfare, Meals, Local Transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/26/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Flyer Technologies, LLC, equity interest | A | Dividend | J | W | | | | | |
| 2. Noventis, common stock | | None | | | Sold | 01/25/19 | J | A | WEX, Inc. |
| 3. Scholarshare Active Age-Based Portfolio | | None | N | T | | | | | |
| 4. Trust #1 (H) | | | | | | | | | |
| 5. -Microsoft, common stock | A | Dividend | J | T | | | | | |
| 6. -Wells Fargo Bank (Cash Accounts) | A | Interest | J | T | | | | | |
| 7. -Stamps.com, common stock | | None | K | T | | | | | |
| 8. -First Eagle Global Mutual Fund | C | Dividend | K | T | | | | | |
| 9. -Fidelity Gov't Cash Reserve fka Fidelity Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 10. -Fidelity California Municipal Income Fund | A | Dividend | K | T | Buy (add'l) | 04/23/19 | J | | |
| 11. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 12. -Deutsche (DWS) Mngd Muni Bd Fd | A | Dividend | J | T | | | | | |
| 13. -Invesco Int'l Growth Fund | A | Dividend | J | T | | | | | |
| 14. -Artisan Value Fund Investor CL | | None | | | Sold (part) | 02/06/19 | J | A | |
| 15. | | | | | Sold | 04/23/19 | J | A | |
| 16. -Artisan Small Cap Fund Investor CL | | None | J | T | Sold (part) | 11/21/19 | J | A | |
| 17. -Fidelity Growth Company Fund | | None | K | T | Sold (part) | 02/06/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bluebond, Sheri A.** | 3/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 12/27/19 | J | A | |
| 19.    -IShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 20.    -IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 21.    -IShares Russell 1000 Growth ETF | A | Dividend | J | T | Sold<br>(part) | 01/02/19 | J | A | |
| 22.    -IShares S&P Sm Cap 600 Growth ETF | | None | | | Sold | 01/02/19 | J | | |
| 23.    -IShares S&P Sm Cap 600 Value | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 24. | | | | | Sold<br>(part) | 06/25/19 | J | A | |
| 25.    -IShares Inc. Core MSCI Emerg Markets | A | Dividend | J | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 26. | | | | | Sold<br>(part) | 06/25/19 | J | A | |
| 27.    -IShares Russell Midcap Value Index ETF | A | Dividend | J | T | | | | | |
| 28.    -IShares TR US Treas. Bond ETF | A | Dividend | J | T | Buy | 06/25/19 | J | | |
| 29.    -MFS Int'l Diversification Fund A | A | Dividend | K | T | Sold<br>(part) | 12/26/19 | J | A | |
| 30.    -MFS Int'l Intrinsic Value Fund CL A | A | Dividend | J | T | Sold<br>(part) | 12/12/19 | J | A | |
| 31.    -T Rowe Price Tax Free High Yield | A | Dividend | K | T | | | | | |
| 32.    -T Rowe Price New Era Fund | A | Dividend | J | T | Sold<br>(part) | 06/24/19 | J | A | |
| 33.    -Vanguard Index FDS Vanguard Value | B | Dividend | L | T | | | | | |
| 34.    -Vanguard Index FDS Vanguard Growth | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bluebond, Sheri A.** | 3/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35.   -Wells Fargo Muni Bond Fd-Admin CL | A | Dividend | J | T | Sold (part) | 12/11/19 | J | A | |
| 36.   -(Invesco) Oppenheimer Int'l Growth CL1 | | None | | | Sold (part) | 04/23/19 | J | A | |
| 37. | | | | | Sold | 06/24/19 | J | A | |
| 38.   -(Invesco) Oppenheimer Developing Markets Class I Fund | | None | | | Sold (part) | 02/06/19 | J | A | |
| 39. | | | | | Sold | 06/24/19 | J | A | |
| 40.   -(Invesco) Oppenheimer International Bond Fund | A | Dividend | | | Sold | 06/24/19 | J | A | |
| 41.   -Templeton Global Bond Fund Class A | A | Dividend | | | Buy | 02/06/19 | J | | |
| 42. | | | | | Sold | 06/24/19 | J | A | |
| 43.   -Causeway Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 44.   -Vanguard Sector Index FDS Vanguard | A | Dividend | J | T | | | | | |
| 45.   -Aberdeen Emerging Markets FD | A | Dividend | J | T | Sold (part) | 12/26/19 | J | A | |
| 46.   -Oakmark Int'l Investor FD (see note in part VIII) | A | Dividend | J | T | Sold (part) | 06/24/19 | J | A | |
| 47.   -Blackrock Nat'l Muni Fund | A | Dividend | K | T | Buy (add'l) | 02/06/19 | J | | |
| 48. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 49. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 50. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 51. | | | | | Buy (add'l) | 12/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bluebond, Sheri A.** | 3/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Mainstay (Mackay)Tax Free Bd Cl A | A | Dividend | J | T | | | | | |
| 53. -Flexshares Trust Morningstar Global | | None | | | Sold | 01/02/19 | J | A | |
| 54. -SPDR Index SHS FDS S&P Global Nat Res ETF | | None | | | Sold | 01/02/19 | J | A | |
| 55. -Strategic Adv. Tax Short Duration Fund | A | Dividend | K | T | Buy (add'l) | 09/09/19 | J | | |
| 56. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 57. | | | | | Sold (part) | 12/02/19 | J | A | |
| 58. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 59. -Franklin CA Tax Free Income Class I Fund | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bluebond, Sheri A.** | 3/26/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The entries that appear in Part VII of this report refer to my assets (with the exception of line 3, which refers to 529 accounts held for the ▒▒▒▒▒▒▒▒▒▒▒ ). I am not reporting assets that belong to my spouse, as, due to a premarital agreement, these assets are the sole financial interest and responsibility of my spouse and are not derived from any of my assets, income or activities. I, as the reporting person, do not derive or expect to derive a benefit of any kind from my spouse's assets and have no knowledge of the assets or activities related to these assets.

The equity interest that appears on line 1, Flyer Technologies, LLC, was taken in lieu of fees in 1999 and is held since that time by my former law firm, Irell & Manella LLP, on behalf of partners and former partners. This stock had not been included in prior reports, as did not receive any income from it and the firm believed the interest to be worthless. Unexpectedly, the firm received a distribution in 2019, my share of which is reported on line 1.

The stock that appears on line 2, Noventis (fka PreCash, Inc.), was stock taken in lieu of fees in 2001 and was held since that time by my former law firm, Irell & Manella LLP, on behalf of partners and former partners. This stock had not been included in prior reports, as I did not receive any income and my interest was worth less than the reporting limit. During this reporting period, Noventis ws acquired by another company and the stock held by the firm was exchanged for cash. My share of this distribution is reported on line 2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheri A. Bluebond**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544